# CRESCENT CITY MILL & TRANSP. CO. v. HAYES and Others.*

### No. 8522; March 31, 1885.

#### 6 Pac. 455.

**Injunction Held not Warranted by facts stated in complaint.**

APPEAL from the Superior Court of the County of Del Norte.

This was an application for an injunction to prevent defendants from draining the waters of a certain lake into the Pacific ocean, the complaint averring in substance that plaintiff

*In bank, Crescent City Mill etc. Co. v. Hayes (Cal.), 11 Pac. 319.

is a corporation engaged in the manufacturing, transportation, and sale of lumber; that its mills are located on the bank of said lake, and that it is necessary that a certain depth of water in such lake, which now exists, should be maintained, the same being essential to the conduct of plaintiff's business, and that a decrease of its depth would result in a great and irreparable injury to plaintiff.

W. A. Hamilton and J. D. H. Chamberlain for appellant; L. F. Cooper and R. G. Knox, for respondent.

By the COURT.—Appeal from an order refusing to dissolve an injunction. The original complaint filed in this cause, and on which alone the court ordered an injunction to issue, did not state facts sufficient to warrant the court in granting the writ, and the same should have been dissolved.

Orders reversed and cause remanded, with directions to grant the motion.